# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, #82138<br><br>Plaintiff,<br><br>vs.<br><br>TREVOR ALCINDOR, *et al.*,<br><br>Defendants. | Case No. 2:10-cv-02143-JCM-GWF<br><br>**ORDER**<br><br>Motion to Extend Legal Copywork (#35) |

This matter comes before the Court on Plaintiff's Motion to Extend Legal Copy Work (#35), filed on February 2, 2012. Plaintiff requests a $70.00 extension of his legal copy work so he can file declarations and exhibits to support the allegations in his complaint. On March 7, 2012, the Court entered an Order on Stipulation, dismissing this case with prejudice. On March 13, 2012, Plaintiff filed a Motion to Vacate Settlement Agreement (#41). Defendants filed their Response (#41) on March 13, 2012, and the motion is currently pending before the Court. In light of the posture of this case, the Court will deny without prejudice Plaintiff's request for extra copy work. If the Court denies Plaintiff's Motion to Vacate, additional documentation to support Plaintiff complaint will not be necessary. If the Court grants Plaintiff's motion, Plaintiff may then bring an additional motion requesting extra copy work. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Legal Copy Work (#35) is **denied** without prejudice.

DATED this 16th day of March, 2012.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge