# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| Lausteveion Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   **2:10-cv-2143-JCM-GWF** |
| V. | ) | |
| | ) | |
| Trevor Alcindor, et al., | ) | **MINUTES OF THE COURT** |
| | ) | |
| Defendants. | ) | Date:   **November 25, 2013** |
| | ) | |

PRESENT: THE HONORABLE   **George W. Foley, Jr.**   , U.S. MAGISTRATE JUDGE

Deputy Clerk:   Erin Smith                Reporter:   None Appearing

Counsel for Plaintiff:   None Appearing        Counsel for Defendant:   None Appearing

MINUTE ORDER IN CHAMBERS:

[ ]   **DISCOVERY DOCUMENTS:** Pursuant to the Local Rules of Civil Practice, Rule 26-8, interrogatories, responses, and proofs of service shall not be filed with the Clerk of Court, unless ordered by the Court.  Your documents are returned herewith.

LANCE S. WILSON, CLERK

By:   /s/

Erin Smith            , Deputy Clerk

Rev. 08/25/11